## United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CN14 | 9691082 | MANCINI M95RD | |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| bb 042021 1590 | 18 USC 13 CVC 22450(a) |

Place of Offense
MONTEREY RD / 11 CHUARY

Offense Description: Factual Basis for Charge    HAZMAT ☐
FAILURE TO STOP AT
POSTED STOP SIGN   (MCD)

### DEFENDANT INFORMATION   Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| PRATT | JEREMIAH | J |

☐ Adult ☐ Juvenile | Sex ☐ Male ☐ Female | Hair BRN | Eyes BRN | Height 510 | Weight 160

### VEHICLE   VIN:                      CMV ☐

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 238.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ 268.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature X

Original - CVB Copy

*9691082*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/4, 20 21 while exercising my duties as a law enforcement officer in the ___ District of CA

MONITORING TRAFFIC AT
MONTEREY / 11TH LAV

OBSERVED A BLACK
MAZDA SUV ████
FAIL TO STOP AT POSTED
STOP SIGN -

CONTACTED DRIVER
ISSUED CITATION FOR
CVC 22450(a)
FAILURE TO STOP AT POSTED
STOP SIGN

BAIL $268.00

The foregoing statement is based upon:
☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/04/2021   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident